Form for Chapter 7 Jnt Case

EXHIBIT A TO FORM 2016

Total Funds Paid to CLG:                $1,500.00

The above includes the following        $306.00     BK Court Filing Fee
                                        $53.00      Credit Report
                                        $80.00      Credit Counseling & Debtor
                                                    Education Fee
                                        $21.00      Homestead Deed Filing (Court Cost)
                                        $1,040.00   Attorneys' Fees

S:\BARF\AFE.7.JNT.doc

Last updated: May 27, 2011